IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEROME ANTHONY THEUS,

    Plaintiff,

v.

DAVE MAHONEY, et al.,

    Defendants.

ORDER

Case No. 15-cv-687-bbc

    Plaintiff Jerome Anthony Theus, an inmate at the Dane County Jail, has submitted an inmate transaction statement for the two-month period preceding the filing of the complaint in support of the motion to proceed without prepayment of the filing fee. Plaintiff also submitted a letter indicating he has been at the Dane County Jail since September 30, 2015, explaining why the inmate transaction statement only covers a two-month period. Using information for the relevant time period from plaintiff's inmate transaction statement, plaintiff presently has no means with which to pay the filing fee or to make an initial partial payment. Under these circumstances, the court will grant plaintiff's motion for leave to proceed without prepayment of the filing fee, but will not assess an initial partial filing fee. Even if this court ultimately determines that plaintiff's complaint cannot go forward, plaintiff is advised that the full $350 filing fee for indigent litigants remains plaintiff's obligation. *See* 28 U.S.C. § 1915A.

    Because plaintiff is an inmate, plaintiff is subject to the Prison Litigation Reform Act, which requires the court to screen the complaint to determine whether any portion is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief from a defendant who is immune from such relief.

ORDER

IT IS ORDERED that,

1. The motion filed by plaintiff Jerome Anthony Theus for leave to proceed without prepayment of the filing fee is GRANTED.

2. No further action will be taken in this case until the court has screened the complaint as required by the Prisoner Litigation Reform Act, 28 U.S.C. § 1915(e)(2). Once the screening process is complete, a separate order will issue.

Entered this 12th day of November, 2015.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge