IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JEROME ANTHONY THEUS                                            ORDER

        Plaintiff,                                              15-cv-687-bbc

   v.

DANE COUNTY SHERIFF DAVE MAHONEY
and DANE COUNTY JAIL NURSE MELISSA,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In an order entered on January 11, 2016, I dismissed plaintiff Jerome Theus's complaint because it violated Fed. R. Civ. P. 8, and gave him until January 27, 2016 to file an amended complaint. I told plaintiff that if he failed to respond by January 27, I would dismiss this case for failure to state a claim upon which relief may be granted and issue a strike in accordance with 28 U.S.C. § 1915(g). Paul v. Marberry, 658 F.3d 702, 704-06 (7th Cir. 2011) (court should give strike for failure to correct pleading that violates Rule 8). To date, plaintiff has not filed an amended complaint or otherwise responded to the court's January 11 order. Accordingly, this case will be dismissed.

ORDER

      IT IS ORDERED that

      1. This case is DISMISSED for plaintiff Jerome Theus's failure to state a claim upon

1

which relief may be granted.

    2. A strike will be recorded in accordance with 28 U.S.C. § 1915(g).

    3. The clerk of court is directed to enter judgment in favor of defendants and close this case.

Entered this 16th day of February, 2016.

                      BY THE COURT:

                      /s/

                      BARBARA B. CRABB
                      District Judge