IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEROME ANTHONY THEUS,

JUDGMENT IN A CIVIL CASE

      Plaintiff,

15-cv-687-bbc

v.

DANE COUNTY SHERIFF DAVE
MAHONEY and DANE COUNTY JAIL
NURSE MELISSA,

      Defendant.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for plaintiff Jerome Anthony Theus's failure to state a claim upon which relief may be granted.

| /s/ | 2/17/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |